**Robert Emerson LAMB,**
**Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.**

**No. 07–1349.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 10, 2007.

Decided: Aug. 20, 2007.

Robert Emerson Lamb, Appellant Pro Se.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Emerson Lamb appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint and dismissing it as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i), (ii). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lamb v. Astrue,* No. 4:07–cv–00019–RBS (E.D.Va. April 10, 2007). We deny Lamb's pro se motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*